IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SYDNI COX

    Plaintiff

v.

AUSTIN HAZELWOOD

    Defendant

CIVIL ACTION NO.:4:23-cv-189

Diversity Jurisdiction: 28:USC 1332

## COMPLAINT FOR DAMAGES

### JURISDICTON AND VENUE:

Plaintiff, Sydni Cox, are persons of full age and majority domiciled in the City of Austell, State of Georgia. The underlying motor vehicle collision occurred in Harris County, State of Texas, which is within the territorial bounds of the Southern District of Texas. Furthermore, the amount in controversy as to each party in this matter exceeds the jurisdictional limits of this Honorable Court of $75,000.00. Consequently, jurisdiction of this Honorable Court is proper.

By virtue of the existence of diverse parties, this Honorable Court has subject matter jurisdiction over this claim as follows: Plaintiff alleges acts of negligence against defendant pursuant to 28 U.S.C., 1332, diversity of citizenship of the parties. First named Defendant is **Austin Hazelwood** is an individual, and a Texas Domiciliary and may be served with citation by service of process at his residence 15539 Mossy Park, Cypress, Texas 77429.

### COUNT 1 - CAUSE OF ACTION:

1. All of the aforementioned defendants are jointly, severally and in solido liable unto plaintiff for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

1

2. On or about August 26, 2022, at approximately 4:30 p.m., Plaintiff Sydni Cox headed eastbound in the far-left lane on of North Sam Houston Parkway operating a Gray 2018 Chevrolet Impala in a safe and prudent manner near where it intersects with North Freeway, Harris County, Texas

3. At the approximately the same time and place, Defendant, Austin Hazelwood was operating a silver 2002 Ford F-150 pickup truck Tx Lic. No.: HRX0584 directly behind Plaintiff's vehicle weaving in and out of traffic at a high rate of speed and in a reckless and imprudent manner attempting to pass other motorists.

4. Defendant, Austin Hazelwood illegally drove his Pickup Truck onto the left shoulder of North Sam Houston Parkway and attempted to pass Plaintiff's vehicle and then suddenly, unexpectedly and without warning emerged back onto the highway and violently struck plaintiff's vehicle causing serious damage to Plaintiff person and property.

5. Defendant, Austin Hazelwood then fled the scene of the accident and would not stop until after he was chased down and pullover and detained by a Harris County Constable Squad Car on patrol.

COUNT 2 – NEGLIGENCE:

6. Defendant Austin Hazelwood is liable unto Plaintiff Sydni Cox, for his own negligence, which includes but is not limited to the following:

    a. Failure to keep a proper lookout.
    b. Following too closely.
    c. Failure to exercise reasonable vigilance.
    d. Failure to maintain reasonable and proper control of her vehicle.
    f. Operating the vehicle under her control in a reckless and negligent manner.
    g. Failure to see what she should have seen.

    j.    Negligence per se, Negligent entrustment.

    k.    Any and all other acts of negligence, which might be shown at the time of this trial.

COUNT 4 – DAMAGES

7.    As a result of the aforementioned incident, Plaintiff Sydni Cox, suffered severe injuries to his body, which included but not are not limited to tears, strains and sprains in the disk bulges in vertebrate of the upper, middle and lower back which will require corrective surgery and severe shoulder injury requiring corrective surgery; and was valued in excess of $150,000.00 in damages.

8.    Plaintiff Sydni Cox, is entitled to an amount in damages reasonably calculated to compensate her for injuries she sustained which included but not limited to:

    a.    Past, present, and future mental pain, suffering and anguish.

    b.    Past, present, and future physical pain and suffering and loss of function.

    c.    Past, present, and future medical expenses.

    d.    Past, Present and future lost wages.

    e.    Loss of enjoyment of life; and

    f.    Any and all other damages cognizable by the Constitution of the State of Texas and the United States Constitution.

COUNT 5 - RELIEF SOUGHT

9.    Plaintiff Sydni Cox Ask there be judgment in favor of Plaintiff and against Defendant, Austin Hazelwood jointly severally and in solido in an amount reasonably calculated to compensate Plaintiff for her damages alleged, together with legal interest, from date of judicial demand until paid reasonable attorney's fees, and judicial interest and for all costs of the proceedings and all general and equitable relief this Honorable Court deem necessary.

COUNT 6 – DEMAND

Plaintiff avers amicable demand to no avail.

PRAYER FOR RELIEF

**WHEREFORE** Plaintiff Sydni Cox prays that this Complaint for Damages be filed and the Defendant, Austin Hazelwood. be duly cited and served with a copy of same, to appear and answer same and after all legal delays and due proceedings are had that there be declaratory judgment and Judgment granted in favor of Plaintiff, Sydni Cox and against the Defendant, Austin Hazelwood jointly severally and in solido in an amount reasonably calculated to compensate Plaintiff for her damages, together with legal interest thereon, from date of judicial demand until paid and for all costs of the proceedings and all general and equitable relief this Honorable Court deem necessary.

*Respectfully submitted,*

*DENNIS SPURLING PLLC*
*ATTORNEY AT LAW AND FRIENDS*

*/s/Dennis D. Spurling*

_____
DENNIS D. SPURLING (TB# 24053909)
J.P. Morgan Chase Bank Building
3003 South Loop West Suite 400
Houston, Texas 77054
Telephone- (713) 229 - 0770
Facsimile - (713) 229 - 8444
ddspurling@dennisspurling.com
        *Attorney for Plaintiff Sydni Cox*